**E-Filed** April 28, 2016

James B. Ball (# 5212)
Poli & Ball, P.L.C.
400 South 4th Street, Suite 500
Las Vegas, Nevada 89101
(702) 380-8095
ball@poliball.com
Attorney for Santander Consumer USA Inc. dba Chrysler Capital

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| In re: | No. 16-10661-mkn |
|---|---|
| Jacquita C. King-Henderson, | Chapter 7 |
| Debtor. | **CERTIFICATE OF SERVICE AND OF NO OBJECTION** |
| | **DATE: 4/27/2016**<br>**TIME: 1:30 pm**<br>**THIRD FLOOR,**<br>**COURTROOM NO. 2**<br>**300 LAS VEGAS BLVD. SOUTH** |

James B. Ball, being first duly sworn upon his oath, deposes and says:

1. I am over the age of twenty-one years and a resident of Maricopa County, Arizona.

2. In my capacity as attorney for Santander Consumer USA Inc. dba Chrysler Capital, a creditor herein, I caused to be mailed true and correct copies of its Motion for Relief from the Automatic Stay ("the Motion"), Notice of the Motion, and proposed Order on the Motion, to the following persons at the addresses listed below:

POLI & BALL, P.L.C.
400 SOUTH 4TH STREET, SUITE 500
LAS VEGAS, NEVADA 89101
(702) 380-8095

POLI & BALL, P.L.C.
400 SOUTH 4TH STREET, SUITE 500
LAS VEGAS, NEVADA 89101
(702) 380-8095

| | |
|---|---|
| Jacquita C. King-Henderson | Shelley D. Krohn |
| 5655 E. Sahara Ave. #1004 | 228 S. 4th Street, #300 |
| Las Vegas, NV 89142 | Las Vegas, NV 89101 |
| Debtor | Trustee |

by United States Mail, postage prepaid, on March 25, 2016.

    3.    As of April 28, 2016, I am not aware of, nor have I received a copy of, any written objection to the Motion.

    4.    I certify under penalty of perjury under laws of the United States of America that the foregoing is true and correct.

DATED this 28th day of April, 2016.

Poli & Ball, P.L.C.

By /s/ James B. Ball #5212
   James B. Ball
   400 South 4th Street, Suite 500
   Las Vegas, Nevada 89101
   Attorney for Santander Consumer USA Inc.
   dba Chrysler Capital

COPIES of the foregoing mailed this 28th day of April, 2016, to:

Jacquita C. King-Henderson
5655 E. Sahara Ave. #1004
Las Vegas, NV 89142
Debtor

Shelley D. Krohn
228 S. 4th Street, #300
Las Vegas, NV 89101
Trustee

    /s/ Tangina Edwards

- 2 -