_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
April 29, 2016

_____

James B. Ball (#5212)
Poli & Ball, P.L.C.
400 South 4th Street, Suite 500
Las Vegas, Nevada 89101
(702) 380-8095
ball@poliball.com
Attorney for Santander Consumer USA Inc. dba Chrysler Capital

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| In re: | No.  16-10661-mkn |
|---|---|
| Jacquita C. King-Henderson, | Chapter 7 |
| Debtor. | **ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| | **DATE:  4/27/2016**<br>**TIME:  1:30 pm**<br>**THIRD FLOOR,**<br>**COURTROOM NO. 2**<br>**300 LAS VEGAS BLVD. SOUTH** |

      Santander Consumer USA Inc. dba Chrysler Capital, having filed its Motion for Relief from the Automatic Stay on March 25, 2016, ("the Motion").

      The court finds that there were no timely written objections filed to the Motion.

IT IS HEREBY ORDERED that Santander Consumer USA Inc. dba Chrysler Capital's Motion is granted.

IT IS FURTHER ORDERED that the automatic stay of 11 U.S.C. Section 362(a) as it is applicable to the debtors and the estate is terminated, with respect to the following described personal property ("the subject property"):

    2014 Jeep Patriot

    VIN # 1C4NJPBA6ED752805.

RESPECTFULLY SUBMITTED this 28th day of April, 2016.

    Poli & Ball, P.L.C.


By/s/ James B. Ball #5212
    James B. Ball (#5212)
    400 South 4th Street, Suite 500
    Las Vegas, Nevada  89101
    Attorney for Santander Consumer USA Inc. dba Chrysler Capital

               ###

CERTIFICATION re: LOCAL RULE 9021:

1)    Documents listed in subsection (a) above must be submitted to the court with the following certification from the submitting counsel:

    In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

    ____The court has waived the requirement set forth in LR 9021(b)(1).

    X__ No party appeared at the hearing or filed an objection to the motion.

    ____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list

POLI & BALL, P.L.C.
400 SOUTH 4TH STREET, SUITE 500
LAS VEGAS, NEVADA  89101
(702) 380-8095

each party and whether the party has approved, disapprove or failed to respond to the document]:

X__ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

| _____ | X__ Failed to respond to the document. |
| Debtor | ____ Approved the document. |
| | ____ Disapproved the document. |

| _____ | X__ Failed to respond to the document. |
| Shelley D. Krohn | ____ Approved the document. |
| Trustee | ____ Disapproved the document. |

       /s/ Tangina Edwards
_____